**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEANNETTE ARNONE,<br><br>Plaintiff<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>Defendants | Case No.: 2:26-cv-03100-APG-MDC<br><br>**Order Denying Motion to Dismiss as Moot**<br><br>[ECF No. 16] |

I ORDER that defendants Clark County and Collen Baharav's motion to dismiss (ECF No. 16) is DENIED as moot because this case has been remanded to state court.

DATED this 30th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE